FILED
JUL 21 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
JULY 21, 2026 SESSION

SEALED

UNITED STATES OF AMERICA

v. CRIMINAL NO. 5:26-cr-00088
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(b)(1)

STEPHEN DUNN

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about November 29, 2025, defendant STEPHEN DUNN did knowingly distribute and attempt to distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and by using a means and facility of interstate and foreign commerce, to another person located at or near Beckley, Raleigh County, West Virginia and within the Southern District of West Virginia.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

**COUNT TWO**

On or about December 3, 2025, defendant STEPHEN DUNN did knowingly distribute and attempt to distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and by using a means and facility of interstate and foreign commerce, to another person located at or near Beckley, Raleigh County, West Virginia and within the Southern District of West Virginia.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

**NOTICE OF FOREITURE**

In accordance with 18 U.S.C. §§ 2253(a)(2), 2253(a)(3), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant STEPHEN DUNN of a violation of 18 U.S.C. §§ 2251 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment, including, but not limited to:

- One MSI Trident 3 desktop computer

MOORE S. CAPITO
United States Attorney

By: Jennifer D. Gordon
JENNIFER D. GORDON
Assistant United States Attorney